IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL KING WARREN, JR., )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMONWEALTH OF )<br>PENNSYLVANIA, et al., )<br>Defendants. ) | Civil Action No. 06-504 |

ORDER

AND NOW, this 16th day of October, 2006, after the plaintiff, Daniel King Warren, Jr., filed an action in the above-captioned case, and after a motion for a preliminary injunction and/or a temporary restraining order was submitted by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 11), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for a preliminary injunction and/or a temporary restraining order (Docket No. 9) is denied.

Thos M. Hardiman
Thomas M. Hardiman
United States District Judge

cc:   Daniel King Warren, Jr.
      DV-4642
      SCI Fayette
      PO Box 9999
      LaBelle, PA 15450